FILED
DEC - 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS PENSION FUND )
AND WELFARE FUNDS, )
)
Plaintiff, )
) **07cv6806**
v. ) **JUDGE SHADUR**
) **MAG. JUDGE DENLOW**
PAGE CARTAGE, INC. )
an Illinois corporation not in good standing, )
)
Defendant. )

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, complain against Defendant, PAGE CARTAGE, INC., an Illinois corporation not in good standing, as follows:

### COUNT I

### JURISDICTION AND VENUE

1. (a) Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

   (b) Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Fund as described in Paragraph 2, is administered.

**PARTIES**

2.  (a)  Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b)  The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreement previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c)  The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3.  (a)  PAGE CARTAGE, INC., an Illinois corporation not in good standing, employs persons represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b)  PAGE CARTAGE, INC., is an Illinois corporation not in good standing, with its principal place of business at Flossmoor, Illinois.

(c)  PAGE CARTAGE, INC., an Illinois corporation not in good standing, is an employer engaged in an industry affecting commerce.

4.  PAGE CARTAGE, INC., an Illinois corporation not in good standing, entered into an Area Construction Agreement for the period beginning October 2, 2006 through the present with Teamsters 179 which require contributions to the Funds pursuant to 29 U.S.C. 1145.

5. Pursuant to the collective bargaining agreement between PAGE CARTAGE, INC., an Illinois corporation not in good standing, and the Union, PAGE CARTAGE, INC., has failed and continues to fail to make its obligated contributions to the Fund for the period October, 2006 through June, 2007, as disclosed in an audit which took place on August 8, 2007.

6. The audit disclosed $2,755.51 due the Pension Fund and $3,643.48 due the Welfare Fund for a total of $6,398.99.

WHEREFORE, Plaintiffs pray:

A. This court enter judgment in favor of the Plaintiffs and against PAGE CARTAGE, INC., an Illinois corporation not in good standing, in the amount of the audit, $6,398.99.

B. That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and the relevant collective bargaining agreements and trust agreements.

C. That the Court grant such further relief as is proper.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
       One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

3

# **EXHIBIT A**

Page Cartage, Inc.
01606800

# AREA CONSTRUCTION AGREEMENT
## BETWEEN
### TEAMSTERS LOCAL 179
An Affiliate of the
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

And

### CONTRACTORS ASSOCIATION OF WILL AND GRUNDY COUNTIES

JUNE 1, 2006 THROUGH MAY 31, 2009

---

FOR NON-ASSOCIATION EMPLOYERS

BY: _____
TITLE: President
DATE: 10/2/06

FOR THE COMPANY
COMPANY: Page Cartage, Inc
ADDRESS: 242 Cove Dr.
City: Bolingbrook   State: IL   Zip: 60422
PHONE: 708-516-7633

BY: _____
TITLE: President
DATE: 10/2/06

FOR TEAMSTERS LOCAL 179

# General Chauffeurs, Sales Drivers and Helpers

## Local Union No. 179

Affiliated with the International Brotherhood of Teamsters

MAIN OFFICE:
1000 N. E. I-55 FRONTAGE RD.
JOLIET, ILLINOIS 60431
PHONE (815) 741-2200
FAX (815) 741-2278

SUB OFFICE:
SHERMAN & LADD
PONTIAC, ILLINOIS 61764
PHONE: (815) 844-5094

To: Suburban Teamsters Fringe Benefits – Compliance Dept.
1275 W. Roosevelt Road, #121
West Chicago, IL 60185

November 9, 2006

Re: **NEW EMPLOYER**

**Company Name:** Page Cartage, Inc.   *RMH-4716*

**Mailing Address:** 242 Cove Dr., Flossmoor, IL 60422

**Phone:** 708-516-7633

**Company Officer:** Jimmy Page, Jr.

**Company Contact Same As Above**

**Collective Bargaining Agreement (enclosed):**

Type of contract: **CON**       Date signed: 10/02/06

**Initial Contribution Rates:**

| Effective date: | 6/1/06 | 6/1/07 | 6/1/08 |
|---|---|---|---|
| Welfare: | $5.50 | TBA | TBA |
| Pension: | $155.00 | TBA | TBA |

**Participants** (attach sheet with additional names):

| Name: | Stephen Watson | SSN: | 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 |
|---|---|---|---|
| Name: | Michael Buckner | SSN: | 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 |
| Name: | | SSN: | |

*HAVE IT DELIVERED UNION!*