# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS v. Page Cartage, Inc., an Illinois corporation not in good standing

07cv6806
JUDGE SHADUR
MAG. JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS

| | |
|---|---|
| NAME (Type or print) <br> JOHN J. TOOMEY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John J. Toomey | |
| FIRM <br> Arnold and Kadjan | FILED <br> DEC - 4 2007 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |
| STREET ADDRESS <br> 19 W. Jackson Boulevard, Suite 300 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3122527 | TELEPHONE NUMBER <br> (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |