# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN ILLINOIS
PENSION AND WELFARE FUNDS,

)
)
)
)
)
)
)
)
)
)
)

v.

PAGE CARTAGE, INC., an Illinois
corporation not in good standing

Docket Number

**07cv6806**
**JUDGE SHADUR**
**MAG.JUDGE DENLOW**

TO:    (Name and address of defendant)

PAGE CARTAGE, INC.,
an Illinois corporation not in good standing
c/o Its Registered Agent
Jimmy J. Page
242 Cove Drive
Flossmoor, Illinois  60422

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois  60604

an answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

Michael W. Dobbins, Clerk

(by) Deputy Clerk

DEC 0 4 2007

Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: 12/7/07

NAME OF SERVER (PRINT) *SCOTT POCIUS*

TITLE *INVESTIGATOR*

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: *PAGE CARTAGE, INC C/O ITS REGISTERED AGENT - JIMMY J. PAGE AT HIS PERSONAL RESIDENCE - 242 COVE DRIVE, FLOSSMOOR, IL. HE CAN BE DESCRIBED AS A W/B, 35, SHAVED HEAD, MINIMAL BLACK FACIAL HAIR*

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

[ ] Returned unexecuted: _____

_____

_____

[ ] Other (specify): _____

_____

_____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/07
_____
Date

_____
Signature of Server

_____
Address of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE208
PARK RIDGE IL 60068