IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>PAGE CARTAGE, INC.<br>an Illinois corporation not in good standing,<br><br>Defendant. | No. 07 C 6806<br><br>Judge Shadur<br><br>Magistrate Judge Denlow |

<u>ORDER OF JUDGMENT</u>

This matter coming to be heard upon Plaintiff's Motion for Judgment in a sum certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That judgment is entered in favor of the Plaintiff TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS and against the Defendant, PAGE CARTAGE, INC., an Illinois corporation not in good standing in the amount of $18,139.09.

Date:

Entered:

_____
JUDGE SHADUR