IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PAGE CARTAGE, INC.<br>an Illinois corporation not in good standing,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　No. 07 C 6806<br>)<br>)　Judge Shadur<br>)<br>)　Magistrate Judge Denlow<br>)<br>)<br>) |

## NOTICE OF MOTION

To:   PAGE CARTAGE, INC.,
      an Illinois corporation not in good standing
      c/o Its Registered Agent
      Jimmy J. Page
      242 Cove Drive
      Flossmoor, Illinois  60422

　　　PLEASE TAKE NOTICE that on January 18, 2008, at 9:15 a.m., I will appear before the Honorable Judge Shadur in Room 2303 and then and there present the attached Motion for Judgment in Sum Certain, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/John J. Toomey
　　　　　　　　　　　　　　　　　　ARNOLD AND KADJAN
　　　　　　　　　　　　　　　　　　19 W. Jackson Blvd., Suite 300
　　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　　Telephone No.: (312) 236-0415
　　　　　　　　　　　　　　　　　　Facsimile No.: (312) 341-0438
　　　　　　　　　　　　　　　　　　Dated: December 28, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2007 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

PAGE CARTAGE, INC.,
an Illinois corporation not in good standing
c/o Its Registered Agent
Jimmy J. Page
242 Cove Drive
Flossmoor, Illinois  60422

                                              **s/John J. Toomey**
                                              ARNOLD AND KADJAN
                                              19 W. Jackson Blvd., Suite 300
                                              Chicago, IL 60604
                                              Telephone No.:  (312) 236-0415
                                              Facsimile No.:  (312) 341-0438
                                              Dated:  December 28, 2007