IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | No.  07 C 6806 |
| v. | ) ) | Judge Shadur |
| | ) | |
| PAGE CARTAGE, INC. an Illinois corporation not in good standing, | ) ) ) | Magistrate Judge Denlow |
| Defendant. | ) ) | |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    PAGE CARTAGE, INC.,
an Illinois corporation not in good standing
c/o Its Registered Agent
Jimmy J. Page
242 Cove Drive
Flossmoor, Illinois  60422

PLEASE TAKE NOTICE that on February 11, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

1.     Notice of Dismissal.

a copy of which is attached hereto and served upon you.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  February 11, 2008

CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

PAGE CARTAGE, INC.,
an Illinois corporation not in good standing
c/o Its Registered Agent
Jimmy J. Page
242 Cove Drive
Flossmoor, Illinois  60422


s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  February 11, 2008