**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and Welfare Funds<br><br>Plaintiff,<br><br>v.<br><br><br>Page Cartage, Inc.<br><br>Defendant. | Case No.:<br>1:07−cv−06806<br><br>Honorable Milton I. Shadur |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

MINUTE entry before Judge Milton I. Shadur : This action is dismissed without prejudice pursuant to FRCP 41(a)(1)(i).Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.