IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>        Plaintiff,<br><br>v.<br><br>PAGE CARTAGE, INC.<br>a dissolved Illinois corporation and<br>JIMMY PAGE, JR., Individually,<br><br>        Defendants. | Case No.: 07 C 6806<br><br>Judge Shadur<br><br>Magistrate Judge Denlow |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    PAGE CARTAGE, INC.,
an Illinois corporation not in good standing
c/o Its Registered Agent
Jimmy J. Page
242 Cove Drive
Flossmoor, Illinois 60422

Jimmy Page, Jr., Individually
242 Cove Drive
Flossmoor, Illinois 60422

      PLEASE TAKE NOTICE that on May 12, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

    1.    Amended Complaint.

a copy of which is attached hereto and served upon you.

                                      TRUSTEES OF THE SUBURBAN TEAMSTERS
                                      OF NORTHERN ILLINOIS WELFARE AND
                                      PENSION FUNDS

                                      s/John J. Toomey
                                      ARNOLD AND KADJAN
                                      19 W. Jackson Blvd., Suite 300
                                      Chicago, IL 60604
                                      Telephone No.: (312) 236-0415
                                      Facsimile No.: (312) 341-0438
                                      Dated: May 12, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that on May 12, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

PAGE CARTAGE, INC.,
an Illinois corporation not in good standing
c/o Its Registered Agent
Jimmy J. Page
242 Cove Drive
Flossmoor, Illinois  60422

Jimmy Page, Jr., Individually
242 Cove Drive
Flossmoor, Illinois  60422

                                                s/John J. Toomey
                                                ARNOLD AND KADJAN
                                                19 W. Jackson Blvd., Suite 300
                                                Chicago, IL 60604
                                                Telephone No.:  (312) 236-0415
                                                Facsimile No.:  (312) 341-0438
                                                Dated:  May 12, 2008